\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RENEE NOLAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:16-CV-051 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CONN APPLIANCES, INC., | § | |
| | § | AFC |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is Plaintiff Renee Nolan's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a). [DOC. # 8]. Plaintiff seeks a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [DOC. # 8] is GRANTED, this case is DISMISSED WITH PREJUDICE.

**So ordered and signed on**
**Mar 29, 2016**

_____
Ron Clark, United States District Judge